

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Odis Clint Farrar, Appellant

No. 06-15-00175-CR          v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1323218). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the assessment of revocation-related attorney fees against appellant. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Odis Clint Farrar, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 24, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk